UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Daniel J. Rynne

       v.                       Civil No. 08-cv-283-JL

NH State Prison, Warden

O R D E R

The court declines to issue a certificate of appealability. The petitioner has not shown that reasonable jurists could debate whether the petition should have been resolved in a different manner, that the issues presented were adequate to deserve encouragement to proceed further, or otherwise made a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 483-84 (2000).

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

January 14, 2011

cc:    Erland C. L. McLetchie, Esq.
        Elizabeth C. Woodcock, Esq.